■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS ORTEGA, Appellant. [735 NYS2d 414] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered June 2, 2000, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Santucci, J. P., Altman, Florio, H. Miller and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR PEREIRA, Appellant. [735 NYS2d 415] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered February 4, 2000, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Santucci, J. P., Florio, H. Miller and Cozier, JJ., concur.